[Nos. 23549-8-II; 23812-8-II.   Division Two.   May 28, 1999.]

DEXTER A. SILVER, *Respondent*, v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO., *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 97-2-09235-9, Brian Tollefson, J., entered June
19 and September 10, 1998. *Reversed* by unpublished
opinion per Bridgewater, C.J., concurred in by Armstrong
and Hunt, JJ. Now published at 96 Wn. App. 31.

[No. 16619-8-III.   Division Three.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL WAYNE
VANDERGRIFF, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 96-1-50394-0, Vic L. Vanderschoor, J.,
entered April 29, 1997. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17043-8-III.   Division Three.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE
PURCELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00732-2, James M. Murphy, J.,
entered November 14, 1997. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Kurtz and
Kato, JJ.

[No. 39105-4-I.   Division One.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICK
FERNANDO AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-03800-0, James Verellen, J. Pro Tem.,
entered July 31, 1996. *Affirmed* by unpublished per curiam
opinion.